UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL D. PECK,

    Plaintiff,

v.

MUNSON HEALTHCARE, et al.,

    Defendants.
_____/

Case No. 1:22-cv-294

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

Pending before the Court is joint motion by the parties to stay proceedings pending mediation (ECF No. 33). The parties have mediation with Robert A. Meyer, Esq. scheduled for March 16, 2023. Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion to stay proceedings pending mediation (ECF No. 33) is GRANTED.

**IT IS FURTHER ORDERED** that the parties will file a joint status report detailing the status of this matter by **March 23, 2023**.

Dated: December 16, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge