UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL D. PECK, individually and as Representative of a Class of Participants and Beneficiaries of the Munson 403(b) Plan,<br><br>*Plaintiff*,<br><br>v.<br><br>MUNSON HEALTHCARE,<br><br>And<br><br>THE BOARD OF DIRECTORS OF MUNSON HEALTHCARE<br><br>*Defendants*. | Case No. 1:22-cv-00294<br><br>Judge Paul L. Maloney |

## JOINT STATUS REPORT

Pursuant to the Court's Order on December 16, 2022 (ECF. No. 35, PageID.437), Plaintiff Samuel D. Peck ("Plaintiff") and Defendants Munson Healthcare ("Munson") and the Board of Directors of Munson Healthcare (collectively, "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), submit this Joint Status Report, stating as follows:

1. On December 16, 2022, the Parties filed a proposed stipulation to stay proceedings pending a mediation (ECF No. 33, PageID.431), and on the same day the Court granted a stay and ordered that the Parties submit a joint status report no later than March 23, 2023 (ECF. No. 35, PageID.437).

2. On March 16, 2023, the Parties mediated before private mediator Bob Meyer of JAMS, and reached a settlement in principle to resolve this matter the next week.

3. The Parties will continue to negotiate the terms of a class action settlement

agreement over the next several weeks, and Plaintiff intends to file a motion for preliminary approval of the class action settlement on or shortly after May 12, 2023.

    4.    Accordingly, the Parties request that the Court continue the stay in this matter until the filing of Plaintiff's motion for preliminary approval of the settlement.

Dated:  March 23, 2022

Respectfully submitted,

/s/ Paul M. Secunda
Paul M. Secunda
**WALCHESKE & LUZI,**
235 Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
psecunda@walcheskeluzi.com

Troy W. Haney
**HANEY LAW OFFICE, P.C**
330 E. Fulton Street
Grand Rapids, MI 49503
Telephone: (616) 235-2300
Fax: (616) 459-0137
thaney@troyhaneylaw.com

*Attorneys for Plaintiff*

/s/*Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5000
jeremy.blumenfeld@morganlewis.com

Sari M. Alamuddin
Samuel D. Block
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606
Telephone: 312.324.1000
sari.alamuddin@morganlewis.com
samuel.block@morganlewis.com

*Attorneys for Defendants*