UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SAMUEL D. PECK, individually,
and as representative of a Class
of Participants and Beneficiaries
of the Munson 403(b) Plan,

        Plaintiff,

        v.

MUNSON HEALTHCARE, et al.

        Defendants

Case No. 1:22-cv-00294-PLM-PJG

Honorable Paul L. Maloney

---

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CASE CONTRIBUTION AWARD

---

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 25, 2023, at 9:00 a.m., in Courtroom 174, 410 W. Michigan Ave., Kalamazoo, Michigan, 49007, in Marquette, Michigan, Plaintiff Samuel D. Peck ("Plaintiff") will and hereby does move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $200,000 (one-third of the $600,000 hundred thousand Gross Settlement Amount); (2) reimbursement of $41,274.39 in litigation costs and $43,657.00 in settlement administration expenses; and (3) case contribution awards in the amount of $10,000 to the named Plaintiff.

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and

1

Sections 1.23 and 7.2 of the Parties' Class Action Settlement Agreement (*Dkt. 38-1*) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul Secunda, the previously filed declaration of the Class Representative (*Dkt. No. 39*), the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiff has conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion. As of the filing of this motion, there also have been no objections to the proposed attorneys' fees and costs, administrative expenses, or case contribution award.

| | |
|---|---|
| Dated this 13th day of June, 2023 | **WALCHESKE & LUZI, LLC** |

s/ Paul M. Secunda
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

**HANEY LAW FIRM, P.C.**

Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
Telephone: (616) 235-2300
Fax: (616) 459-0137
E-Mail: thaney@troyhaneylaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: June 13, 2023                                                   s/Paul M. Secunda
                                                                                   Paul M. Secunda