UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL D. PECK, individually,
and as Representative of a Class
of Participants and Beneficiaries
of the Munson 403(b) Plan,

    Plaintiff,

MUNSON HEALTHCARE et al.,

    Defendants

Case No. 1:22-cv-00294-PLM-PJG

**DECLARATION OF JEFFREY MITCHELL IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

___

I, Jeffrey Mitchell, declare and state as follows:

1. I am currently a Project Manager for Analytics Consulting, LLC (hereinafter "Analytics"), located at 18675 Lake Drive East, Chanhassen, Minnesota, 55317. Analytics provides consulting services to the design and administration of class action and mass tort litigation settlements and notice programs. The settlements Analytics has managed over the past twenty-five years range in size from fewer than 100 class members to more than 40 million, including some of the largest and most complex notice and claims administration programs in history.

2. Analytics' clients include corporations, law firms (both plaintiff and defense), the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, which since 1998 has retained Analytics to

administer and provide expert advice regarding notice and claims processing in their settlements/distribution of funds.

3. In my capacity as Project Manager, I count among my duties responsibility for matters relating to the settlement administration for the above-captioned litigation.

4. Analytics has been engaged in this matter to provide settlement administration services, including (among other things) the mailing of the Court-approved Settlement Notices, the establishment and maintenance of a Settlement Website and telephone call center facility, and the distribution of settlement benefits to Class Members (following final approval).

5. The Court approved Analytics as the Settlement Administrator in this matter in its Order on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"). *Dkt. 41 at ¶ 3*.

## **Class Notice**

6. On or about June 13, 2023, Analytics received data files from Defendants' counsel that contained a list of Settlement Class Member names and addresses.

7. After receiving the class list, Analytics cross-referenced the Class Member addresses with the United States Postal Service National Change of Address database. The class list was then updated with any new addresses that were identified. The class list contained 12,198 Settlement Class Members.

8. After updating the relevant addresses, Analytics mailed the Court-approved Notices of Settlement to the 12,198 Settlement Class Members. A copy of

the Notice for Class Members is attached hereto as **Exhibit 1.** These Notices were mailed on June 30, 2023, in accordance with the Court's Preliminary Approval Order, by first-class mail, postage prepaid.

9. Through September 8, 2023, 90 Notices to Class Members have been returned to Analytics by the U.S. Postal Service with a forwarding address. In each case, Analytics updated the class list with the forwarding address and processed a re-mail of the Notice to the updated address.

10. Through September 8, 2023, 445 Notices were returned to Analytics by the U.S. Postal Service without a forwarding address. Analytics conducted a skip trace in attempt to ascertain a valid address for the affected Class Members. As a result of these efforts, 332 new addresses were identified for Class Members. Analytics subsequently updated the class list with these new addresses and processed a re-mail of the applicable Notice to each of those addresses. Of those, 21 Notices were returned undeliverable a second time.

11. In total, out of 12,198 Notices of Settlement, only 134 (approximately 1.1%) were ultimately undeliverable as of the date of this declaration, according to Analytics' records, despite Analytics' efforts to verify address information in advance of mailing and to update address information and re-mail the Notices if they were initially returned.

### Settlement Website and Telephone Information Line

12. From June 30, 2023, to the present, Analytics has maintained a Settlement Website relating to this action, as provided by Paragraph 2.5(c) of the Settlement. The internet address for this Settlement Website is www.munsonerisasettlement.com. Among other things, the Settlement Website

includes: (1) a "Frequently Asked Questions" page containing a clear summary of essential case information; (2) a "Home" page and "Important Dates" page, each containing clear notice of applicable deadlines; (3) case and settlement documents for download (including, among other things, the Settlement Agreement, Settlement Notice, Amended Complaint, and the Court's Preliminary Approval Order; (4) contact information for Class Counsel; and (5) email, phone, and U.S. mail contact information for Analytics.

13. From June 30, 2023, to the present, Analytics has also maintained a toll-free telephone support line as a resource for Class Members seeking information about the Settlement, as provided by Paragraph 2.5(c) of the Settlement. The toll-free telephone line employs an interactive voice response system ("IVR system") to answer calls and provides callers the option of speaking with a live operator if they prefer. The toll-free number for the telephone support line is 1-866-971-6393. This telephone number was referenced in the Settlement Notices and also appears on the Settlement Website.

## No Objections

14. As of the date of this Declaration, I am not aware of any objections to the Settlement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated September 11, 2023

                                                                DocuSigned by:
                                                                *Jeff Mitchell*
                                                                ─────────────────
                                                                13EC110C92464EC...
                                                                **Jeff Mitchell**