UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S<small>AMUEL</small> D. P<small>ECK</small>,

    Plaintiff,

v.

MUNSON HEALTHCARE, et al.,

    Defendants.
_____/

Case No. 1:22-cv-294

Hon. Paul L. Maloney

### ORDER APPROVING FINAL SETTLEMENT

In accordance with the Bench Opinion issued by the Court on October 4, 2023:

**IT IS HEREBY ORDERED** that Plaintiff's unopposed Final Motion for Settlement Approval of the Class Action Settlement (ECF No. 46) is GRANTED for the reasons stated on the record.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees (ECF No. 42) is GRANTED for reasons stated on the record.

**IT IS FURTHER ORDERED** that this order resolves the last pending claim, and the action is **TERMINATED**.

**IT IS SO ORDERED.**

Dated:  October 4, 2023

                                                         /s/  Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge