UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL D. PECK,

    Plaintiff,

v.

MUNSON HEALTHCARE, et al.,

    Defendants.
_____/

Case No. 1:22-cv-294

Hon. Paul L. Maloney

## JUDGMENT

In accordance with the bench opinion and order entered on this date (ECF No. 49), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters. **THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date:  October 4, 2023

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge