UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL D. PECK,

    Plaintiff,

                                                                                  Case No. 1:22-cv-294

v.

                                                                                  Hon. Paul L. Maloney

MUNSON HEALTHCARE, et al.,

    Defendants.
_____/

## AMENDED JUDGMENT

In accordance with the bench opinion and order entered on this date (ECF No. 50), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters. **THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date:   October 4, 2023                                                 /s/ Paul L. Maloney
                                                                                                       Paul L. Maloney
                                                                                                       United States District Judge